450 A.2d 204

Commonwealth v. Boyer, Appellant.

Submitted March 17, 1982. Jack Raydan Heneks, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The judgment of sentence is affirmed.

450 A.2d 204

Commonwealth, Appellant v. Clayton.

Submitted October 20, 1981. Eric B. Henson, Deputy District Attorney, for Commonwealth, appellant; Elaine DeMasse, Assistant Public Defender, for appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

The opinion of the lower court is affirmed.